UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 07 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

AF HOLDINGS, LLC,

    Plaintiff - Appellant,

v.

DAVID TRINH,

    Defendant - Appellee.

No. 13-16157

D.C. No. 3:12-cv-02393-CRB
U.S. District Court for Northern
California, San Francisco

**ORDER**

A review of the docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the date of this order, appellant shall: pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or otherwise show cause why the appeal should not be dismissed for failure to prosecute. The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit Rule 27-11. Any motion to proceed in forma pauperis must include a financial declaration such as the attached Form 4.

If appellant fails to comply with this order, this appeal will be dismissed automatically by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Tina S. Price
Deputy Clerk